■ FRANK MONTALTO, Appellant, v NEW YORK CITY ENVIRONMENTAL PROTECTION AGENCY et al., Respondents.—Judgment, Supreme Court, New York County, entered December 13, 1976, dismissing as untimely the petition in this article 78 proceeding, is unanimously affirmed, without costs or disbursements, and without prejudice to a new application for such form of retirement as petitioner may be advised to make based upon the present condition of his health. Concur—Kupferman, J. P., Silverman, Fein, Sandler and Sullivan, JJ.